# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK M., | Case No. 2:23-cv-10465-RAO |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MARTIN J. O'MALLEY,[1] Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order reversing Commissioner's Decision filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is **REVERSED**, and the matter is **REMANDED** to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: November 27, 2024        /s/
                                ROZELLA A. OLIVER
                                UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin J. O'Malley, the Commissioner of the Social Security Administration ("Commissioner"), is hereby substituted as the defendant.