Roger D. Drake (SBN 237834)
BERTOLDO CARTER SMITH & CULLEN
7408 West Sahara Avenue
Las Vegas, NV 89117
(702) 800-0000 (tel.)
(702) 228-2333 (fax)
rdrake@nvlegaljustice.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK M., | ) |
| Plaintiff, | ) CASE NO.: 2:23-cv-10465-RAO ) |
| v. | ) [~~PROPOSED~~] ORDER ) AWARDING EAJA FEES AND COSTS |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of FIVE THOUSAND DOLLARS AND 00/100 ($5,000.00) and $405 in costs for the filing fee subject to the terms of the stipulation.

DATED: 1/27/2025

*/s/ Rozella A. Oliver*
HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE